UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD,<br><br>Plaintiff,<br><br>v.<br><br>REED ELSEVIER INC.,<br>d/b/a/ Lexis Nexis Corporation,<br>Lexis Nexis Accurint,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06 CA 11370 MLW |

# NOTICE OF APPEARANCE

Please enter the appearance of Kristin M. Cataldo of Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, as attorney for Defendant Reed Elsevier Inc. ("Reed"), in the above-captioned proceeding.

REED ELSEVIER INC.
By its attorneys,

/s/ Kristin M. Cataldo
Kristin M. Cataldo (BBO #654033)
Donnelly, Conroy and Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Tel: (617) 720-2880

Dated: October 13, 2006

Dockets.Justia.c