**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Civil Docket No.: **06 CA 11370 MLW**

---

Christine. Varad,
Plaintiff,
v.

Reed Elsevier Incorporated,
d.b.a. *LexisNexis, LexisNexis Risk & Information Analytics Group, Inc.*,
Defendant.

---

FILED
IN CLERKS OFFICE
2007 APR 23 A 10: 1
U.S. DISTRICT COURT
DISTRICT OF MASS.

**<u>EXHIBIT C</u>**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Civil Docket No.: **06 CA 11370 MLW**

---

Christine. Varad,
Plaintiff,
v.

Reed Elsevier Incorporated,
d.b.a. *LexisNexis, LexisNexis Risk & Information Analytics Group, Inc.*,
Defendant.

---

FILED IN CLERKS OFFICE
2007 APR 23 A 10: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S INITIAL DISCLOSURE

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff, Christine Varad, ("Varad") makes the following initial disclosures:

A. Persons Likely to Have Discoverable Information that May Used to Support Claims or Defenses.

The following persons are likely to have discoverable information that Varad may use to support her claims or defenses:

1. Reed Elsevier Incorporated,
d.b.a. LexisNexis Risk & Information Analytics Group, Inc.,
6601 Park of Commerce Blvd.
Boca Raton, Florida 33487

Subjects: Defense allegations as contained in the Answer, communications with Varad, database and background check related files, collected information, clients, contracts, and public web site access information.

2. James P. Swift, Chief Operating Officer
LexisNexis Risk & Information Analytics Group, Inc.,
6601 Park of Commerce Blvd.
Boca Raton, Florida 33487

Subjects: Swift's communications with Varad and his office staff's communications with Varad.

3. Henry Z. Horbaczewaki, Director, Secretary
LexisNexis Risk &Information Analytics Group, Inc.,
2 Newton Place

Suite 350
Newton, MA 02458
Subjects: Affidavits he submitted.

4. Armando J. Escalante, Chief Technology Officer
LexisNexis Risk & Information Analytics Group, Inc.,
6601 Park of Commerce Blvd.
Boca Raton, Florida 33487
Subjects: Discovery of technological details of database information and access, including but not limited to, all steps routinely performed to verify background check data prior to making that data available to others.

5. James M. Peck, Director, President, Chief Executive Officer
LexisNexis Risk & Information Analytics Group, Inc.,
6601 Park of Commerce Blvd.
Boca Raton, Florida 33487
Subjects: Affidavits of John M. Byrne, Esq. concerning allegation of his role as " Officer and Director" at Seisint, Inc. and at LexisNexis Risk & Information Analytics Group, Inc.

6. John M. Byrne, Esq.
6601 Park of Commerce Blvd.
Boca Raton, Florida 33487
Subjects: All affidavits and waivers of service of process of summons submitted concerning the instant cause of action.

7. Richard Wallace
F& W Publishing, Adams Media
57 Littlefield Street
Avon, MA 02322
Subjects: Information concerning Varad's employment with Adams Media.

8. Steven Gall, President
Gall & Gall, Co.
8555 N. Dixie Drive
Dayton, Ohio 45414
Subjects: Information concerning contracts with LexisNexis Risk & Information Analytics Group, Inc. and/or Seisint, Inc., all accountings or audits concerning Gall & Gall LexisNexis Risk & Information Analytics Group, Inc. and/or Seisint, Inc., all reports concerning Varad, all requests for information concerning Varad, all communications concerning Varad.

9. Massachusetts Board of Bar Examiners
Suffolk County Courthouse
3 Pemberton Square
7th Floor, Room 707
Boston, MA 02108

Subjects: Information concerning contracts with LexisNexis, LexisNexis Risk & Information Analytics Group, Inc. and/or Seisint, Inc. and any other database employed to verify Bar admission application data, information concerning routine practices of the Board to verify information contained in Bar admission applications and information concerning adverse actions routinely taken by the Board concerning completeness and/or false or misleading application information.

10. Maine Board of Bar Examiners
P.O. Box140
Augusta, ME 04332

Subjects: Information concerning contracts with LexisNexis, LexisNexis Risk & Information Analytics Group, Inc., and/or Seisint, Inc. and any other database employed to verify Bar admission application data, information concerning routine practices of the Board to verify information contained in Bar admission applications and information concerning adverse action routinely taken by the Board concerning completeness and/or false or misleading application information.

**B. Documents that May Be Used to Support Claims or Defenses.**

The following category of documents in the possession, custody or control of Varad may be used to support her claims or defenses:

1. Communications and correspondence concerning Varad and LexisNexis Risk &Information Analytics Group, Inc.

2. Communications and correspondence concerning Varad and Gall & Gall Company and LexisNexis Risk &Information Analytics Group, Inc..

3. Background reports concerning Varad made by Gall & Gall Company.

**C. Damages.**

Damages to Varad are undetermined but full disclosures have been made available in response to Defendant's Requests for Production of Documents, In Hand, on March 21, 2007 at the office of Defendant's attorney of record.

**D. Insurance.**

Varad holds no relevant insurance policies.

Date: April 20, 2007

Christine Varad

P.O. Box 583
Milton, Massachusetts 02186
781 583 7117

I certify that on this 21st day of April 2007, I caused a copy *of PLAINTIFF'S INITIAL DISCLOSURES* to be served on the attorney of record for defendant Reed Elsevier, Incorporated at the following address of record:

Kristin Cataldo
Donnelly, Conroy and Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
617 720 2880

Christine Varad