EXHIBIT A

EXHIBIT A

EXHIBIT A

Dockets.Justia.c

Christine Varad
P.O. Box 583
Milton, Massachusetts 02186

UNITED STATES POSTAL SERVICE
0000
02108

U.S. POSTAGE
PAID
MILTON,MA
02186
MAY 21 '07
AMOUNT
$0.51
00087663-06




FIRST CLASS

Kristin Cataldo
Donnelly, Conroy and Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108

02108+3107 C012