**EXHIBIT 1**

**EXHIBIT 1**

**EXHIBIT 1**

Dockets.Justia.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD<br><br>Plaintiff,<br>v.<br><br>REED ELSEVIER INCORPORATED,<br>d/b/a LexisNexis, Lexis Nexis Risk & Information<br>Analytics Group, Inc.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06 CA 11370 MLW |

**OBJECTION OF THOMAS J. QUINN AND THE MAINE BOARD OF BAR EXAMINERS TO PLAINTIFF'S NOTICE OF DEPOSITION (F.R.Civ.P. 31, 34)**

Deponent Thomas J. Quinn and the Maine Board of Bar Examiners ("Deponents") object to the Notice of Deposition served on the Maine Board of Bar Examiners and to the accompanying Request to Produce documents attached to it. The reasons for the Objection are set forth in the Motion to Quash Subpoena filed with the U.S. District Court for the District of Massachusetts. Briefly stated, as a non-party, deponent cannot be compelled to appear at a deposition in this case, or to produce documents without the command of a subpoena. *See,* F.R.Civ.P. 31, 34, 45. For the reasons set forth in the attached Motion to Quash, the subpoena mailed to the Bar Examiners' office is deficient to compel his attendance and to command him to produce documents.

In addition, the Notice fails to meet the requirements of F.R.Civ.P. 31)(a)(3).

With regard to the specific requests for Production of Documents, deponents state as follows:

1. The Board of Bar Examiners did not, and has not, requested or received any information concerning plaintiff Varad from the entities enumerated in this Request, or from Gall & Gall. This document Request seeks neither admissible evidence, nor

information that is reasonably calculated to lead to the discovery of admissible evidence.

2. The Board of Bar Examiners did not, and has not, requested or received any information concerning plaintiff Varad from the entities enumerated in this Request, or from Gall & Gall. This document Request seeks neither admissible evidence, nor information that is reasonably calculated to lead to the discovery of admissible evidence.

3. The Board of Bar Examiners did not, and has not, requested or received any information concerning plaintiff Varad from the entities enumerated in this Request, or from Gall & Gall. This document Request seeks neither admissible evidence, nor information that is reasonably calculated to lead to the discovery of admissible evidence.

4. The Board of Bar Examiners did not, and has not, requested or received any information concerning plaintiff Varad from the entities enumerated in the Complaint. The Complaint alleges that the defendants have refused the requests of the plaintiff for access to certain data and databases and that they and others have disseminated false information about her to various entities. This document Request seeks neither admissible evidence, nor information that is reasonably calculated to lead to the discovery of admissible evidence.

5. The Board of Bar Examiners did not, and has not, requested or received any information concerning plaintiff Varad from the entities enumerated in the Complaint. The Complaint alleges that the defendants have refused the requests of the plaintiff for access to certain data and databases and that they and others have disseminated false information about her to various entities. This document Request seeks neither admissible evidence, nor information that is reasonably calculated to lead to the discovery of admissible evidence.

6. The Board of Bar Examiners did not, and has not, requested or received any information concerning plaintiff Varad from the entities enumerated in the Complaint. The Complaint alleges that the defendants have refused the requests of the plaintiff for access to certain data and databases and that they and others have disseminated false information about her to various entities. This document Request seeks neither admissible evidence, nor information that is reasonably calculated to lead to the discovery of admissible evidence.

7. The Board of Bar Examiners did not, and has not, requested or received any information concerning plaintiff Varad from the entities enumerated in the Complaint. The Complaint alleges that the defendants have refused the requests of the plaintiff for access to certain data and databases and that they and others have disseminated false information about her to various entities. This document Request seeks neither admissible evidence, nor information that is reasonably calculated to lead to the discovery of admissible evidence.

8. The Board of Bar Examiners did not, and has not, requested or received any information concerning plaintiff Varad from the entities enumerated in the Complaint. The Complaint alleges that the defendants have refused the requests of the plaintiff for access to certain data and databases and that they and others have disseminated false information about her to various entities. This document Request seeks neither admissible evidence, nor information that is reasonably calculated to lead to the discovery of admissible evidence.

9. The Board of Bar Examiners did not, and has not, requested or received any information concerning plaintiff Varad from the entities enumerated in the Complaint. The Complaint alleges that the defendants have refused the requests of the plaintiff for access to certain data and databases and that they and others have disseminated false information about her to various entities. This document Request seeks neither admissible evidence, nor information that is reasonably calculated to lead to the discovery of admissible evidence.

10. The Board of Bar Examiners did not, and has not, requested or received any information concerning plaintiff Varad from Accurint. The Complaint alleges that the defendants have refused the requests of the plaintiff for access to certain data and databases and that they and others have disseminated false information about her to various entities. This document Request seeks neither admissible evidence, nor information that is reasonably calculated to lead to the discovery of admissible evidence.

11. The Complaint alleges that the defendants have refused the requests of the plaintiff for access to certain data and databases and that they and others have disseminated false information about her to various entities. The Board of Bar Examiners did not, and has not, requested or received any information concerning plaintiff Varad from the entities enumerated in this Request. This document Request seeks neither admissible evidence, nor information that is reasonably calculated to lead to the discovery of admissible evidence.

Dated: June 22, 2007

G. STEVEN ROWE
Attorney General of Maine

BY: /s/ Christopher C. Taub
Christopher C. Taub
Bar # 630607
Assistant Attorney General
Department of Attorney General
6 State House Station
Augusta, Maine 04333-0006
Tel.: (207) 626-8800
Attorney for Deponent Quinn