UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD, | ) | |
| | ) | C.A. No. 06 CA 11370 MLW |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| REED ELSEVIER INCORPORATED, | ) | |
| d/b/a LexisNexis, Lexis Nexis Risk & Information | ) | |
| Analytics Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT REED ELSEVIER INC.'S MOTION FOR SUMMARY JDUGMENT**

# TAB 1

Dockets.Justia.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTINE VARAD,

Plaintiff,

v.

REED ELSEVIER INCORPORATED, d/b/a LexisNexis, Lexis Nexis Risk & Information Analytics Group, Inc.,

Defendant.

C.A. No. 06 CA 11370 MLW

## AFFIDAVIT OF NANCY NASH

I, Nancy Nash, hereby depose and state as follows:

1. I am Deputy General Counsel of LexisNexis, a division of Reed Elsevier Inc. ("Reed").

2. Reed is a corporation conducting business at 275 Washington Street, Newton, Massachusetts. Reed is a provider of information driven services and products.

3. Reed is a separate legal entity from Lexis Nexis Risk and Information Analytics Group, Inc. ("Lexis Nexis Risk"). Lexis Nexis Risk is a Minnesota corporation.

4. Reed is not doing business as "LexisNexis, Lexis Nexis Risk and Information Analytics Group Inc.," as alleged in this lawsuit.

Signed under the pains and penalties of perjury, this the 30th day of August, 2007.

Nancy Nash

Nancy Nash, Deputy General Counsel of
LexisNexis, a division of Reed Elsevier, Inc.