UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD, | ) | |
| | ) | C.A. No. 06 CA 11370 MLW |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| REED ELSEVIER INCORPORATED, | ) | |
| d/b/a LexisNexis, Lexis Nexis Risk & Information | ) | |
| Analytics Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT REED ELSEVIER INC.'S MOTION FOR SUMMARY JDUGMENT**

# TAB 2

Dockets.Justia.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD,<br><br>Plaintiff,<br><br>v.<br><br>REED ELSEVIER INCORPORATED, d/b/a/ Lexis Nexis Corporation, Lexis Nexis Accurint,<br><br>Defendant. | ) | C.A. No. 06 CA 11370 MLW |

**AFFIDAVIT OF JOHN M. BYRNE**

I, John M. Byrne, hereby depose and state as follows:

1. I am Director and Senior Corporate Counsel for Seisint, Inc. ("Seisint"), and make this affidavit based on my personal knowledge.

2. I have read the Complaint in the above-referenced action and am familiar with the allegations and communications between the plaintiff Christine Varad ("Varad") and the entity identified in the Complaint as "Lexis Nexis" and/or "Lexis Nexis Accurint."

3. "Accurint" is a database product owned by Seisint.

4. In or about September 2004, Reed Elsevier Inc. acquired Seisint.

5. Reed Elsevier Inc. is a member of the Reed Elsevier Group, plc.

6. Seisint is a separate legal entity from Reed Elsevier Inc., its unincorporated division LexisNexis and Reed Elsevier Group, plc.

7. The correspondence Ms. Varad identifies in the Complaint was correspondence that was either sent to Seisint, or from me, on behalf of Seisint, at Seisint's offices located at 6601 Park of Commerce Blvd., Boca Raton, Florida.

Likewise, the database product at issue in the above-captioned litigation, Accurint, is owned by Seisint.

8. The named defendant, Reed Elsevier Inc. ("Reed") does not have an office located at 6601 Park of Commerce Blvd., Boca Raton, Florida, and, to the best of my knowledge, has had no communications with Ms. Varad with regard to the allegations set forth in the Complaint.

Signed under the pains and penalties of perjury, this the 6th day of October, 2006.

John M. Byrne, Director & Senior Corporate Counsel, Seisint