UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD, | ) | |
| | ) | C.A. No. 06 CA 11370 MLW |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| REED ELSEVIER INCORPORATED, | ) | |
| d/b/a LexisNexis, Lexis Nexis Risk & Information | ) | |
| Analytics Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT REED ELSEVIER INC.'S MOTION FOR SUMMARY JDUGMENT**

# TAB 4

Dockets.Justia.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD,<br><br>Plaintiff,<br><br>v.<br><br>REED ELSEVIER INCORPORATED,<br>d/b/a/ Lexis Nexis Corporation,<br>Lexis Nexis Accurint,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06 CA 11370 MLW |

**AFFIDAVIT OF HENRY Z. HORBACZEWSKI**

I, Henry Z. Horbaczewski, hereby depose and state as follows:

1. I am Senior Vice President and General Counsel of Reed Elsevier Inc., ("Reed"), and make this affidavit based on my personal knowledge.

2. Reed is a separate legal entity from Seisint, Inc.

3. Reed has never received from plaintiff Christine Varad a letter demanding relief pursuant to Mass. Gen. Laws c. 93A or any other correspondence concerning the allegations in this litigation, prior to the institution of this lawsuit.

Signed under the pains and penalties of perjury, this 8 day of December, 2006.

Henry Z. Horbaczewski, Senior Vice President
and General Counsel, Reed

CAROL MARY ONORATO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 17, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2006, I caused a copy of the foregoing to be served on the following by regular mail:

Christine M. Varad
P.O. Box 583
Milton, MA 02186

/s/ Kristin M. Cataldo
Kristin M. Cataldo