UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD,<br><br>Plaintiff,<br>v.<br><br>REED ELSEVIER INCORPORATED,<br>d/b/a LexisNexis, Lexis Nexis Risk & Information<br>Analytics Group, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06 CA 11370 MLW |

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT REED ELSEVIER INC.'S MOTION FOR SUMMARY JDUGMENT**

# TAB 6

Dockets.Justia.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD,<br><br>Plaintiff,<br><br>v.<br><br>REED ELSEVIER INCORPORATED, d/b/a LexisNexis, LexisNexis Risk and Information Analytics Group,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06 CA 11370 MLW |

**AFFIDAVIT OF RICHARD WALLACE**

I, Richard Wallace, hereby depose and state as follows:

1. I am a Reference Editor for F + W Publications, Inc. ("F+W"). I was Christine Varad's supervisor while she was employed by F+W. I am familiar with her F+W employment and the records related to her employment and make this affidavit based upon my personal knowledge.

2. Ms. Varad's employment records indicate that she completed her employment application with F+W on or about January 23, 2006. I have attached a copy of her application as Exhibit A.

3. On or about February 1, 2006, F+W offered Ms. Varad a Temporary Research Assistant position. The position was of limited duration and it was to run from February 6, 2006 through April 28, 2006. I have attached a copy of the offer letter as Exhibit B.

4. Ms. Varad's employment records include copies of the "Applicant Screening Reports" provided to F+W by Gall & Gall Company, which reports are

attached as Exhibit C. These reports were not an issue or problem for F+W because we took no adverse action based on them. F+W did not conclude that Ms. Varad lied on her employment application, otherwise we would not have employed her for the duration of her temporary employment.

5. Ms. Varad worked for F+W from February 6, 2006 until April 28, 2006, per the offer of employment. To the best of my knowledge, she never applied for other employment with F+W. If she had done so, then the contents of the Applicant Screenings Reports would not have been a barrier to employment.

Signed under the pains and penalties of perjury the 29th day of May, 2007.

Richard Wallace

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD, | ) | |
| | ) | C.A. No. 06 CA 11370 MLW |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| REED ELSEVIER INCORPORATED, | ) | |
| d/b/a LexisNexis, Lexis Nexis Risk & Information | ) | |
| Analytics Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT REED ELSEVIER INC.'S MOTION FOR SUMMARY JDUGMENT**

# TAB 6 – EXHIBIT A

kp MEMORY MAKERS print I.D. fw F+W PUBLICATIONS, INC. SCUBA DIVING Horticulture adams media

# APPLICATION FOR EMPLOYMENT

We consider applicants for all positions without regard to race, color, religion, sex, national origin, age, marital or veteran status, qualified disability, or any other protected status. Qualified applicants are considered for employment according to the laws of the respective state of employment.

INSTRUCTIONS: Applicants must furnish complete and accurate information. Incomplete applications will not be considered for employment. You may attach a resume, but complete this application as well and attach resume to back (DO NOT WRITE "SEE RESUME" on application). In responding to questions on this application, continue on a separate sheet of paper if you require more space.

***(PLEASE READ CAREFULLY, COMPLETE IN BLACK INK and PLEASE PRINT)***

Date of application:

Last Name: Varad First Name: Christine M.I.: M.

Address: P.O. Box 583 Phone: (781) 545 5506

City: Milton State: MA Zip: 02186 Cell Phone: ( ) n/a

Lived here since: mailing address Best Time To Call:

Social Security Number: 013[illegible] 9612 Date available to start: 2/6

Position Applying For: Research Assistant

First Preference: as above Salary Expected: $ 10.00 per hour

Second Preference: N/A Salary Expected: $ per

☑ Full-time ☐ Part-time ☐ Days ☐ Evenings ☐ Weekends ☐ Other: temp.

(It is not necessary for you to identify unavailability for work because of religious observance or practice. After, and if, a job offer is made, we will consider whether a reasonable accommodation can be made for your observance.)

Where did you hear about employment at F+W Publications, Inc.?

☐ Newspaper: ☐ Referral Source: ☐ Web Site:

☐ Advertising Source: ☐ Walk-in Applicant ☑ Other: internet ad

Have you ever applied for employment at F+W Publications, Inc. before? ☐ Yes ☑ No If "Yes", when?

Have you ever been employed by F+W Publications, Inc.? ☐ Yes ☑ No If "Yes", When?

Where?

## EDUCATIONAL DATA

High School: Framingham North H.S. Address: A Street

City: Framingham State: MA Zip Code: 01701

Did you graduate? ☑ Yes ☐ No "No" Highest grade achieved: Have you received your GED? ☐ Yes ☐ No

College: Mass. College of Art Address: Huntington Ave

City: Boston State: MA Zip Code: 02115

Major: Graphic Design Dates Attended: 1973 - 1980

Degree received: BFA. Grade Point Average: N/A

Trade, Business or Correspondence School: N/A

Address: City: State: Zip Code:

Major: Dates Attended:

EXHIBIT A

Degree received: ______

## GENERAL INFORMATION

(In responding to these questions, continue on a separate sheet if you require additional space.)

Are you planning to pursue further studies? ☐ Yes ☐ No If "Yes", When, Where and What courses?

undecided

In order to permit a check of your work and education records, should we be made aware of any change of name or assumed name that you previously used? ☒ Yes ☐ No If "Yes", identify the name(s) and relevant dates: ______

Maiden name: Mooney Krusoe

If employment is offered, can you submit a birth certificate, social security card, certificate of U.S. citizenship or verification of your legal right to work in the U.S.? ☒ Yes ☐ No

(Pursuant to the Immigration Reform and Control Act of 1986, all applicant's who receive an offer of employment must immediately complete an I-9 form and produce documentation, no later than seventy-two hours after commencement of employment, establishing their identity and authorization for employment in the United States.)

If employment is offered, can you provide personal identification such as U.S. Passport, a driver's license or photographic identification card issued by the state? ☒ Yes ☐ No

Are you over 18 years of age? ☒ Yes ☐ No If "No", state age: ______ (If "No", Employment is subject to verification that you are of legal age to work.)

Have you ever been convicted of or plead guilty to a crime? ☐ Yes ☒ No If "Yes", please explain: ______

**A "Conviction" will not automatically disqualify you from being considered as a candidate for employment.**

Do you (please check all that apply): ☑ Speak English? ☑ Read English? ☑ Write English?

Do you speak, read or write a language other than English? ☑ Yes ☐ No If "Yes", please specify: French

## Activities/Special Skills

Include any activities and/or skills that you feel would be relevant to the position you are applying for: ______

Please see resume.

Special Training or Skills ______

# EMPLOYMENT EXPERIENCE

Start with your present or last job, account for all periods of time, unemployment and military service included.

**(All Applicants Must Account For The Last 10 Years.)**

(If you need additional space, please continue on a separate sheet of paper.)

Current Employer or Most Recent Employer: R.O.I Staffing, Inc.

Address: ~~300 ... Avenue~~ 31 Fremont Street

City: Needham State: Massachusetts Zip: 02494

Phone: (781) 455-7114 Supervisor's Name: Matt Beck

Position Held: Commuter Rail Counter ☒ Full-Time ☒ Part-Time

Job Duties & Responsibilities: Counting passengers on commuter rail cars

Start Salary: ______ Final Salary: ______ week/month ______ Bonus/Commission

Employed From: 10/05 To: 11/05 Reason For Leaving: temp. position

May we contact this employer? ☒ Yes ☐ No If "No", please explain: ______

**CURRENT EMPLOYER or MOST RECENT EMPLOYER MARKED "NO" MAY BE CONTACTED AFTER A JOB OFFER HAS BEEN MADE.**

**Applicant's Signature:** ______ **Date:** ______

Company: ______

Address: ______

City: ______ State: ______ Zip: ______

Phone: (______) ______ Supervisor's Name: ______

Position Held: ______ ☐ Full-Time ☐ Part-Time

Job Duties & Responsibilities: ______

Start Salary: ______ Final Salary: ______ week/month ______ Bonus/Commission

Employed From: ______ To: ______ Reason For Leaving: ______

Company: ______

Address: ______

City: ______ State: ______ Zip: ______

Phone: (______) ______ Supervisor's Name: ______

Position Held: ______ ☐ Full-Time ☐ Part-Time

Job Duties & Responsibilities: ______

Start Salary: ______ Final Salary: ______ week/month ______ Bonus/Commission

Employed From: ______ To: ______ Reason For Leaving: ______

Company: ______

Address: ______

City: ______ State: ______ Zip: ______

Phone: (______) ______ Supervisor's Name: ______

Position Held: ______ ☐ Full-Time ☐ Part-Time

Job Duties & Responsibilities: ______

Start Salary: ______________ Final Salary: ______________ week/month ______________ Bonus/Commission

Employed From: __________ To: __________ Reason For Leaving: ______________

## ADDITIONAL INQUIRIES CONCERNING EMPLOYMENT HISTORY

(In responding to these questions, continue on a separate sheet if you require additional space.)

List dates and reasons for any gaps in employment experience you listed over a one-month period. N/A

______________

## RESIDENTIAL HISTORY

(This information is needed and will be used only in relationship to your background check.)

**(All Applicants Must Account For The Last 10 Years.)**

**(If you need additional space, please continue on a separate sheet of paper.)**

List Below Starting With The Last Previous Address First:

City: 88 Greenfield Lane Scituate, MA 02066

County: USA State: ______________ Zip: ______________

Lived There From: ______________ To: ______________

City: ______________

County: ______________ State: ______________ Zip: ______________

Lived There From: ______________ To: ______________

City: ______________

County: ______________ State: ______________ Zip: ______________

Lived There From: ______________ To: ______________

City: ______________

County: ______________ State: ______________ Zip: ______________

Lived There From: ______________ To: ______________

City: ______________

County: ______________ State: ______________ Zip: ______________

Lived There From: ______________ To: ______________

City: ______________

County: ______________ State: ______________ Zip: ______________

Lived There From: ______________ To: ______________

City: ______________

County: __________ State: __________ Zip: __________

Lived There From: __________ To: __________

## MILITARY SERVICE

N/A

Were you in the U.S. Armed Forces? ☐ Yes ☐ No If "Yes" What branch: __________

Length of Service: From: __________ To: __________ Rank at discharge: __________

Describe any special job related training received relating to position applied for: __________

Have you ever had training/schooling while in the military that would be related to the position in which you are applying?

☐ Yes ☐ No If "Yes", describe: __________

## REFERENCES

Give name, address and telephone numbers of 5 personal references that are not related to you and are not previous employers.

Name: Kristin McCarthy Home Phone: ( ) 617 422 7418

Address: New England School of Law email address: kmccarth @library.nesl.edu

City: Boston State: Mass. Zip:

Years Acquainted: 5(+) Occupation: Reference Librarian

Name: Sandy Lamar Home Phone: ( ) 617 422 7303

Address: New England School of Law email address: slamar @nesl.edu

City: Boston State: Mass. Zip:

Years Acquainted: 5(+) Occupation: Lawyer / Reference Librarian

Name: Matt Break Home Phone: ( ) 781 455-1114

Address: R.O.I. Staffing email address:

City: Needham State: Mass. Zip:

Years Acquainted: Occupation: Supervisor

Name: Georgina – Senior Agent Home Phone: ( georginascott @bellsouth.net

Address: Christian Literary email address: georgina @christian literary.com

City: New York State: New York Zip:

Years Acquainted: my literary agent Occupation:

Name: Monica Martinez Home Phone: ( ) 972 390 2712

Address: 906 West McDermott email address: editor @intuitionpress.com

City: Allen State: Texas Zip: 75013

Years Acquainted: 1+ Occupation: Publisher

## DRIVING RECORD

(In responding to these questions, continue on a separate sheet if you require additional space.)

Do you have a valid driver's license? ☒ Yes ☐ No How long have you been a licensed driver? 25+

Driver's License Number: S00642528 Expiration Date: 4/30/07 Issuing State: MA

List any restrictions on driver's license: NO

If less than 3 years in this state, please provide what state you were previously licensed in: N/A

**If answer is "Yes" to any of the following questions, please explain, giving dates and details.**

Have you been cited for speeding during the last three years? ☐ Yes ☒ No

Have you been cited for any moving violation during the past three years (left turn, etc.)? ☐ Yes ☒ No

Has your driver's license ever been revoked or suspended? ☐ Yes ☒ No

Have you ever been placed on suspension or probation? ☐ Yes ☒ No

Have you had a vehicle accident of any type within the last three years? ☒ Yes ~~☒ No~~

1. I was driven into by a drunk driver last spring and my car was stolen in May 2005.

Have you ever been cited for reckless driving? ☐ Yes ☒ No

Has your auto insurance ever been cancelled or has any company declined to insure you? ☐ Yes ☒ No

## EMPLOYMENT BACKGROUND AUTHORIZATION

1. I hereby affirm that the information provided in this application (and accompanying resume, if any) is true and complete to the best of my knowledge. I also agree that falsified information or significant omissions may disqualify me and may be considered sufficient justification for dismissal if discovered at a later date. When I responded to questions on this application, I continued on a separate sheet of paper and attached it to this application when I required more space to fully answer all questions.

2. I understand that an investigative report may be generated on me that may include information as to my character, work habits, performance and experience, along with reasons for termination of past employment, financial/credit history. Criminal history records from any criminal justice agency in any or all-federal, state, city and county jurisdictions. Included as well but not limited to State Department of Motor Vehicle/Drivers' License Records to include traffic citations and registration. As well as Military National Personnel Record Center, Educational institutions including but not limited to transcripts or any individual, company, firm, corporation, present and/or past employers, public agencies (including the Social Security Administration and the Immigration & Naturalization Service). I fully give my consent to and understand that F+W Publications, Inc. and /or their agent Gall & Gall Company, Inc., may be requesting information from public and private sources about any of the information noted earlier in this paragraph.

3. If applicable all medical and workers' compensation information will be requested in compliance with all Federal and State laws including the Americans with Disabilities Act (ADA). According to the Fair Credit Reporting Act (FCRA), I am entitled to know if the considerations for which I am applying are denied because of information obtained from a consumer-reporting agency. If so, I will be notified and be given the name of the agency providing that report.

4. I agree that a photocopy or telephonic facsimile of this authorization shall be valid as the original. This release is valid for most federal, state and county agencies including the Minnesota Department of Labor.

5. Minnesota/California applicants only. If you want a copy of the report ordered, check this box ☐. The report will be sent by the consumer-reporting agency to you at the address listed below your signature.

6. I hereby authorize, without reservation, any one contacted by F+W Publications, Inc. and /or their agent Gall & Gall Company, Inc., to furnish the information described in form.

**APPLICANT COMPLETE THE FOLLOWING:**

Christine M. Varad (signature) — 1/23/06

Signature — Today's Date

Christine M Varad

Please, print full name

The following information is required by law enforcement agencies and other positive identification purposes when checking public records. It is confidential and will not be used for any other purposes.

Christine M. Mooney — 013429612 — 4/30/55

Please, print other names you have used — Social Security Number — Date of Birth

88 Greenfield Lane — Scituate — MA — 02066

Home Address — City — State — Zip

S00642528 — Christine M. Varad

Driver's License Number and State — Name as it appears on License

Have you ever been convicted of or plead guilty to a crime? ☒ No ☐ Yes If yes, please explain: ____________

**A "Conviction" will not automatically disqualify you from being considered as a candidate for employment.**

FAIR CREDIT REPORTING ACT NOTICE: In accordance with the Fair Credit Reporting Act, this information may only be used to verify a statement(s) made by an individual in conjunction with legitimate business needs. The depth of information available varies from state to state. Status of updates is available on request. Although every effort has been made to assure accuracy. Gall & Gall Company, Inc.'s policy requires purchasers of these reports to have signed a Service Agreement and maintain original release forms of the applicant for those numbers of years to comply with the F.C.R.A. This assures Gall & Gall Company, Inc. that users are familiar with and will

abide by their obligations, as stated in the FCRA, to the individuals named in these reports. Gall & Gall Company, Inc., 8555 N. Dixie Drive, Dayton, Ohio 45414, 937-264-4900 or 1-800-759-4255

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD, | ) | |
| | ) | C.A. No. 06 CA 11370 MLW |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| REED ELSEVIER INCORPORATED, | ) | |
| d/b/a LexisNexis, Lexis Nexis Risk & Information | ) | |
| Analytics Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT REED ELSEVIER INC.'S MOTION FOR SUMMARY JDUGMENT**

# TAB 6 – EXHIBIT B

fw
F+W PUBLICATIONS, INC.

February 1, 2006

**Personal and Confidential**
Christine Verad
P.O. Box 583
Milton, MA 02186

Dear Christine,

This letter will confirm an offer of employment for you to join us as a Temporary Research Assistant at Adams Media, an F+W Publications Company. Your start date will be Monday, February 6, 2006.

This is a temporary position lasting the following dates Monday, February 6, 2006 – Friday, April 28, 2006; we do reserve the right to complete the assignment prior to this end date or extend on a weekly basis should the need arise.

Your compensation will be $10 per hour, paid on a biweekly basis.

The Company reserves the right to change any and all policies that are in force at any time. This letter is presented as confirmation of the offer only and does not constitute a contract. This offer is contingent upon successful completion of a background check. Failure to complete the background check will result in termination of this offer.

Christine, we are very enthusiastic about the prospect of having you join us at F+W. The Company has enjoyed spectacular growth during the last few years, and we sincerely believe we are creating an important enterprise that will flourish for years to come.

Perhaps most important, it seems clear to all of us here that you would find the company to be an enjoyable place to work, with people you will like and respect. We are enormously proud of the culture at Adams and F+W. It is an energetic place with superb product supporting exciting business goals – with terrific people of high integrity.

If you have any questions or concerns, please let us know.

Sincerely,

Amy Brewer
Recruiting Manager
F+W Publications

EXHIBIT
B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE VARAD, | ) | |
| | ) | C.A. No. 06 CA 11370 MLW |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| REED ELSEVIER INCORPORATED, | ) | |
| d/b/a LexisNexis, Lexis Nexis Risk & Information | ) | |
| Analytics Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT REED ELSEVIER INC.'S MOTION FOR SUMMARY JDUGMENT**

# TAB 6 – EXHIBIT C

GALL & GALL COMPANY, INC.

8555 N DIXIE DR * DAYTON, OH 45414
PHONE 937-264-4900 * 800-759-4255
FAX 937-264-4909 * 800-765-7393

# APPLICANT SCREENING REPORT

| | | | | |
|---|---|---|---|---|
| FILE # | 75270 / ES1165 | REPORT DATE | 02/06/2006 | AMANDA MEYERS |
| REPORT TO | F&W PUBLICATIONS ES1165 | DATE ORDERED | 02/01/2006 | AMY BREWER |
| STREET | 4700 E GALBRATH | REPOSITORIES | | |
| CITY/ST/ZIP | | TYPE | F&W PUBLICATIONS | |

## APPLICANT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| APPLICANT | VARAD, CHRISTINE M | SOC SEC | 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 | DOB | 04/30/1955 |
| ADDRESS | 88 GREENFIELD LN | CITY/ST/ZIP | SCITATE, MA 02066 | | |

## INVESTIGATIVE

### COUNTY CRIMINAL RECORDS SEARCH

| | |
|---|---|
| RESULTS | NO REPORTABLE RECORDS FOUND |
| NAME(S) SEARCHED | VARAD, CHRISTINE M |
| ALTERNATIVE IDENTIFIERS | MOONEY, CHRISTINE |
| DOB(S) SEARCHED | 04/30/1955 |
| JURISDICTION(S) | MA-PLYMOUTH |

CAUTION: Based On The Information Provided We Searched The Above Mentioned Jurisdiction(s) For Criminal Convictions For No Less Than Ten Years Unless Specified And Found No Individual By This Identification. This Means That No One By This Identification Has Been Found As Convicted Of A Criminal Charge In These Jurisdiction (s). Further Investigation Into Additional Jurisdictions May Be Warranted. Please Call For Assistance.

| | |
|---|---|
| RESULTS | NO REPORTABLE RECORDS FOUND |
| NAME(S) SEARCHED | VARAD, CHRISTINE M |
| ALTERNATIVE IDENTIFIERS | MOONEY, CHRISTINE |
| DOB(S) SEARCHED | 04/30/1955 |
| JURISDICTION(S) | MA-NORFOLK |

CAUTION: Based On The Information Provided We Searched The Above Mentioned Jurisdiction(s) For Criminal Convictions For No Less Than Ten Years Unless Specified And Found No Individual By This Identification. This Means That No One By This Identification Has Been Found As Convicted Of A Criminal Charge In These Jurisdiction (s). Further Investigation Into Additional Jurisdictions May Be Warranted. Please Call For Assistance.

### INSTACRIMINAL NATIONAL (MULTISTATE) SEARCH

EXHIBIT C

| | |
|---|---|
| RESULTS | NO REPORTABLE RECORDS FOUND |
| NAME(S) SEARCHED | CHRISTINE VARAD |
| DOB SEARCHED | 04/30/1955 |
| JURISDICTION(S) SEARCHED | AK AOC,AK Sex Offender,AL DOC,AL Sex Offender,AR AOC,AR DOC,AR Sex Offender,AZ Maricopa Superior Archive,AZ Maricopa Felony,AZ Maricopa Misdemeanor,AZ AOC,AZ Pima,AZ Mohave,AZ DOC,AZ Maricopa Superior,AZ Sex Offender,CA Fresno Index,CA Orange,CA Sacramento,CA Riverside,CA Los Angeles,CA Santa Clara,CA San Bernardino,CA Santa Barbara,CA Santa Cruz,CA Alameda,CA Butte,CA Contra Costa Municipal,CA Contra Costa Superior,CA Fresno,CA Indio,CA Marin Municipal,CA Marin Superior,CA San Diego Municipal,CA San Diego Superior,CA San Luis Obispo,CA Santa Clara Municipal,CA Ventura,CA San Mateo,CA Sex Offender,CO Archived Sex Offender,CO Sex Offender,CT Judicial Information System,CT DOC,CT Traffic,CT Sex Offender,CT Out of State Sex Offender,DC DOC,DC Sex Offender,DE Sex Offender,FL Pinellas,FL DOC,FL AOC,FL Osceola,FL Miami Dade,FL Brevard,FL Charlotte,FL Orange,FL Bay,FL Duval,FL Hillsborough,FL Palm Beach,FL Hernando,FL Indian River,FL Lee,FL Pasco,FL Suwannee,FL Monroe,FL Highlands,FL Alachua,FL Broward,FL Sex Offender,GA DOC,GA Bureau of Investigations,GA Decatur Arrest Records,GA Sex Offender,HI Sex Offender,IA DOC,IA AOC,IA Sex Offender,ID DOC,ID Sex Offender,IL DOC,IL Cook,IL Sangamon,IL Peoria,IL Sex Offender,IN DOC,IN Sex Offender,KS DOC,KS Sedgwick,KS Sedgwick Archive,KS Sex Offender,KY DOC,KY Lexington Fayette,KY Sex Offender,LA Sex Offender,MA Sex Offender,MD DOC,MD Sex Offender,ME DOC,ME Sex Offender,MI DOC,MI OTIS,MI Wayne,MI Sex Offender,MN DOC,MN DPS,MN Sex Offender,MO DOC,MO Sex Offender,MO Cape Girard Sex Offender,MO Cole Sex Offender,MO Barton Sex Offender,MO Jefferson Sex Offender,MO Newton Sex Offender,MO Laclede Sex Offender,MO St Louis Sex Offender,MS Hinds,MS DOC,MS Sex Offender,MT DOC,MT Sex Offender,NC AOC,NC Archived DOC,NC DOC,NC Sex Offender,NC Sex Offender,ND AOC,ND Sex Offender,ND Sex Offender,NE DOC,NE Sex Offender,NH DOC,NH Sex Offender,NJ AOC,NJ DOC,NJ Archive DOC,NJ Sex Offender,NM DOC,NM Sex Offender,NV Archive DOC,NV DOC,NV Sex Offender,NY DOC,NY Sex Offender,AppAlert Federal Criminal Data,AppAlert OFAC,OH Portage,OH Greene,OH DOC,OH Sex Offender,OK DOC,OK AOC,OK Sex Offender,OR DOC,OR AOC,OR Sex Offender,PA DOC,PA Supplemental Courts,PA Traffic,PA AOC,PA Sex Offender,Proprietary Offender Data,RI Judicial Technology Center,RI Sex Offender,SC DOC,SC Sex Offender,SD Sex Offender,SD Aberdeen Sex Offender,SD Sioux Falls Sex Offender,TN DOC,TN Davidson Sheriff,TN AOC,TN Nashville,TN AOC,TN Sex Offender,TX Bexar Felony,TX Bexar Misdemeanor,TX Travis Misdemeanor,TX Travis Felony,TX Ft Bend Felony,TX Ft Bend Misdemeanor,TX Montgomery,TX Potter Misdemeanor,TX Potter Felony,TX Denton,TX El Paso,TX Harris Felonies,TX Harris Misdemeanor,TX Dallas,TX Gregg,TX Jefferson,TX Victoria,TX Dept of Public Safety,TX Sex Offender,UT DOC,UT AOC,UT Sex Offender,VA Circuit,VA General District,VA Fairfax,VA Traffic,VA Sex Offender,VT Sex Offender,WA DOC,WA Courts of Ltd Jurisdiction,WA AOC SCOMIS,WA Sex Offender,WI DOC,WI AOC,WI Sex Offender,WV Sex Offender,WY Sex Offender |

CAUTION: Based On The Information Provided We Searched Our Database For The Above Mentioned Jurisdiction(s) For Criminal Convictions And Found No Individual By This Identification. This Means That No One By This Identification Is Within Our Database As Convicted Of A Criminal Charge For These Jurisdiction(s). Therefore It Cannot Be Confirmed That The Applicant Has Not Ever Been Convicted Of A Criminal Charge. Further Investigation May Be Warranted. Call For Assistance!

## SOCIAL SECURITY SEARCH

### SOCIAL SECURITY SEARCH [# 092590]

Record # 01

| | |
|---|---|
| Name | CHRISTINE M VARAD |
| SSN | 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 |
| Address | 88 GREENFIELD LN , SCITUATE, MA 02066 08/01/1993 |
| HAWK | REQUESTED PRODUCT DELIVERED |
| | SSN issued from 1966 to 1968; State: MA (input) |
| | SSN issued from 1966 to 1968; State: MA (file) |
| | INPUT SSN ISSUED: 1966 - 1968; STATE: MA |
| | FILE SSN ISSUED: 1966 - 1968; STATE: MA |

### REFERRAL

Reporting Bureau(s)
Trans Union
P.O. Box 1000
Chester, PA 19022
800-888-4213

### DISCLOSURE

The Information Contained In This Social Security Reports Section Should Only Be Used As A Tool To Further Research And Verifications. Please Call For Assistance.

## REPOSITORIES

### ADDRESS SOURCE MANAGER

RESULTS RECORDS FOUND

SSN SEARCHED 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

| FULL NAME / SSN | AGE / DOB | ADDRESS | DATES | PHONE INFORMATION |
|---|---|---|---|---|
| CHRISTINE VARAD 013-42-xxxx | | PO BOX 583 MILTON, MA 02186 | Sep 05 - Dec 05 | |
| CHRISTINE M VARAD 013-42-xxxx | 50 Apr 30, 1955 | 88 GREENFIELD LN SCITUATE, MA 02066 | Jun 89 - Aug 05 | (781) 545-0707 |
| CHRISTINE VARAD 013-42-xxxx | 50 Apr 30, 1955 | CNS # 18027 SIOUX FALLS, SD 57117 | Jun 92 - Jun 92 | |
| CHRISTINE VARAD | | CNS 18027 | Jun 92 - Jun | |

| | | |
|---|---|---|
| 013-42-xxxx | SIOUX FALLS, SD 57117 | 92 |
| CHRISTINE MOONEY<br>013-42-xxxx | 88 GREENFIELD LN<br>SCITUATE, MA 02066 | Dec 87 - Dec<br>91 |
| CHRISTINE MOONE<br>013-42-xxxx | 88 GREENFIELD LN<br>SCITUATE, MA 02066 | Jul 87 - Dec<br>90 |

| | |
|---|---|
| Social Security Number | 013-42-xxxx |
| Location | Massachusetts |
| Dates Issued | Jan 01, 1966 - Dec 31, 1968 |

WARNING: This search may not be used as the basis for an adverse action on an applicant. It should only be used to verify or correct an applicant's information, or as a tool to further research of public records or other verifications.

**DISCLAIMER**

Information Contained Here In Meets All The Guidelines Set Forth By The Fair Credit Reporting Act. This Is Confidential Information And Not To Be Divulged Except As Required By Public P=Law P=91-508, 93-579, 94-239. This Report Is Furnished In Response To An Inquiry For The Purpose Of Determining The Propriety Of Dealing With The Consumer. It Is Based Upon Information Obtained In Good Faith From Sources Deemed Reliable.

*** END OF REPORT ***

GALL & GALL
COMPANY, INC.

## APPLICANT SCREENING REPORT

8555 N DIXIE DR * DAYTON, OH 45414
PHONE 937-264-4900 * 800-759-4255
FAX 937-264-4909 * 800-765-7393

| | | | | |
|---|---|---|---|---|
| FILE # | 75270 / ES1165 | REPORT DATE | 04/05/2006 | AMANDA MEYERS |
| REPORT TO | F&W PUBLICATIONS ES1165 | DATE ORDERED | 02/01/2006 | AMY BREWER |
| STREET | 4700 E GALBRATH | REPOSITORIES | | |
| CITY/ST/ZIP | CINCINNATI, OH 45236 | TYPE | F&W PUBLICATIONS | |

### APPLICANT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| APPLICANT | VARAD, CHRISTINE M | SOC SEC | 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 | DOB | 04/30/1955 |
| ADDRESS | 88 GREENFIELD LN | CITY/ST/ZIP | SCITATE, MA 02066 | | |

### INVESTIGATIVE

#### COUNTY CRIMINAL RECORDS SEARCH

| | |
|---|---|
| RESULTS | NO REPORTABLE RECORDS FOUND |
| NAME(S) SEARCHED | VARAD, CHRISTINE M |
| DOB(S) SEARCHED | 04/30/1955 |
| JURISDICTION(S) | MA-PLYMOUTH |

CAUTION: Based On The Information Provided We Searched The Above Mentioned Jurisdiction(s) For Criminal Convictions For No Less Than Ten Years Unless Specified And Found No Individual By This Identification. This Means That No One By This Identification Has Been Found As Convicted Of A Criminal Charge In These Jurisdiction (s). Further Investigation Into Additional Jurisdictions May Be Warranted. Please Call For Assistance.

| | |
|---|---|
| RESULTS | NO REPORTABLE RECORDS FOUND |
| NAME(S) SEARCHED | VARAD, CHRISTINE M |
| DOB(S) SEARCHED | 04/30/1955 |
| JURISDICTION(S) | MA-NORFOLK |

CAUTION: Based On The Information Provided We Searched The Above Mentioned Jurisdiction(s) For Criminal Convictions For No Less Than Ten Years Unless Specified And Found No Individual By This Identification. This Means That No One By This Identification Has Been Found As Convicted Of A Criminal Charge In These Jurisdiction (s). Further Investigation Into Additional Jurisdictions May Be Warranted. Please Call For Assistance.

#### INSTACRIMINAL NATIONAL (MULTISTATE) SEARCH

| | |
|---|---|
| RESULTS | NO REPORTABLE RECORDS FOUND |
| NAME(S) SEARCHED | CHRISTINE VARAD |

| | |
|---|---|
| DOB SEARCHED | 04/30/1955 |
| JURISDICTION(S) SEARCHED | AK AOC,AK Sex Offender,AL DOC,AL Sex Offender,AR AOC,AR DOC,AR Sex Offender,AZ Maricopa Superior Archive,AZ Maricopa Felony,AZ Maricopa Misdemeanor,AZ AOC,AZ Mohave,AZ DOC,AZ Maricopa Superior,CA Orange,CA Riverside,CA Santa Clara,CA San Bernardino,CA Santa Cruz,CA Fresno,CA Indio,CA Santa Clara Municipal,CA Sex Offender,CO Archived Sex Offender,CO Sex Offender,CT Judicial Information System,CT DOC,CT Traffic,CT Sex Offender,CT Out of State Sex Offender,DC DOC,DC Sex Offender,DE Sex Offender,FL Pinellas,FL DOC,FL AOC,FL Osceola,FL Miami Dade,FL Brevard,FL Charlotte,FL Orange,FL Bay,FL Duval,FL Hillsborough,FL Palm Beach,FL Hernando,FL Indian River,FL Lee,FL Pasco,FL Suwannee,FL Monroe,FL Highlands,FL Alachua,FL Broward,FL Sex Offender,GA Decatur Arrest Records,IA DOC,IA AOC,IA Sex Offender,ID DOC,ID Sex Offender,IL DOC,IL Cook,IL Sangamon,IL Peoria,IL Sex Offender,KS DOC, Archive,KS Sex Offender,KY DOC,KY Lexington Fayette,KY Sex Offender,MD DOC,ME DOC,ME Sex Offender,MI DOC,MI OTIS,MI Wayne,MI Sex Offender,MN DOC,MN DPS,MN Sex Offender,MO DOC,MO Cape Girard Sex Offender,MO Cole Sex Offender,MO Barton Sex Offender,MO Jefferson Sex Offender,MO Newton Sex Offender,MO Laclede Sex Offender,MO St Louis Sex Offender,MS Hinds,MS DOC,MS Sex Offender,MT DOC,NC AOC,NC Archived DOC,NC DOC,NC Sex Offender,NC Sex Offender,ND AOC,ND Sex Offender,ND Sex Offender,NE DOC,NE Sex Offender,NH Sex Offender,NJ AOC,NJ DOC,NJ Archive DOC,NJ Sex Offender,NM DOC,NM Sex Offender,NV Archive DOC,NY DOC,NY Sex Offender,AppAlert Federal Criminal Data,AppAlert OFAC,OH Portage,OH Greene,OH DOC,OH Sex Offender,OK DOC,OK AOC,OR DOC,OR AOC,PA DOC,Proprietary Offender Data,RI Sex Offender,SC DOC,SC Sex Offender,SD Sex Offender,SD Aberdeen Sex Offender,SD Sioux Falls Sex Offender,TN Davidson Sheriff,TN Sex Offender,TX Bexar Felony,TX Bexar Misdemeanor,TX Travis Misdemeanor,TX Travis Felony,TX Montgomery,TX Potter Misdemeanor,TX Potter Felony,TX Denton,TX El Paso,TX Harris Felonies,TX Harris Misdemeanor,TX Dallas,TX Gregg,TX Jefferson,TX Victoria,TX Dept of Public Safety,TX Sex Offender,UT DOC,UT AOC,UT Sex Offender,VA Circuit,VA General District,VA Fairfax,VA Traffic,VT Sex Offender,WA DOC,WA Courts of Ltd Jurisdiction,WA AOC SCOMIS,WI DOC,WI AOC,WV Sex Offender,WY Sex Offender |

CAUTION: Based On The Information Provided We Searched Our Database For The Above Mentioned Jurisdiction(s) For Criminal Convictions And Found No Individual By This Identification. This Means That No One By This Identification Is Within Our Database As Convicted Of A Criminal Charge For These Jurisdiction(s). Therefore It Cannot Be Confirmed That The Applicant Has Not Ever Been Convicted Of A Criminal Charge. Further Investigation May Be Warranted. Call For Assistance!

## SOCIAL SECURITY SEARCH

### SOCIAL SECURITY SEARCH [# 092590]

| | |
|---|---|
| Record # 01 | |
| Name | CHRISTINE M VARAD |
| SSN | 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 |
| Address | 88 GREENFIELD LN , SCITUATE, MA 02066 08/01/1993 |
| HAWK | REQUESTED PRODUCT DELIVERED |

SSN issued from 1966 to 1968; State: MA (input)

SSN issued from 1966 to 1968; State: MA (file)

INPUT SSN ISSUED: 1966 - 1968; STATE: MA

FILE SSN ISSUED: 1966 - 1968; STATE: MA

## REFERRAL

Reporting Bureau(s) Trans Union
P.O. Box 1000
Chester, PA 19022
800-888-4213

## DISCLOSURE

The Information Contained In This Social Security Reports Section Should Only Be Used As A Tool To Further Research And Verifications. Please Call For Assistance.

# REPOSITORIES

## ADDRESS SOURCE MANAGER

RESULTS RECORDS FOUND

SSN SEARCHED 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

| FULL NAME / SSN | AGE / DOB | ADDRESS | DATES | PHONE INFORMATION |
|---|---|---|---|---|
| CHRISTINE M VARAD<br>013-42-xxxx | 50<br>Apr 30, 1955 | 88 GREENFIELD LN<br>SCITUATE, MA 02066 | Jun 89 - Aug 05 | (781) 545-0707 |

Social Security Number 013-42-xxxx

Location Massachusetts

Dates Issued Jan 01, 1966 - Dec 31, 1968

WARNING: This search may not be used as the basis for an adverse action on an applicant. It should only be used to verify or correct an applicant's information, or as a tool to further research of public records or other verifications.

## DISCLAIMER

Information Contained Here In Meets All The Guidelines Set Forth By The Fair Credit Reporting Act. This Is Confidential Information And Not To Be Divulged Except As Required By Public P=Law P=91-508, 93-579, 94-239. This Report Is Furnished In Response To An Inquiry For The Purpose Of Determining The Propriety Of Dealing With The Consumer. It Is Based Upon Information Obtained In Good Faith From Sources Deemed Reliable.

*** END OF REPORT ***